IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *ex rel.* JACK FORTENBERRY, ) | |
| ) | |
| Plaintiff/Relator, ) | |
| ) | |
| v. ) | Case No. CIV-11-247-R |
| ) | |
| THE HOLLOWAY GROUP, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

This matter is before the Court on the Joint Motion for Stay of Trial Date and Pretrial Filings. Doc. No. 180. The Motion is GRANTED. This matter is stayed and all deadlines are stricken to be reset until such time as counsel advises the Court of the ruling from the United States Bankruptcy Court for the Western District of Oklahoma, Case No. 12-15384, Adversary No. 14-01121.

IT IS SO ORDERED this 17th day of February, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE